UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBY LASLEY, individually and as successor-in-interest to decedent JOHN LASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>ROLLINS-NELSON HEALTHCARE MANAGEMENT COMPANY, INC.; ROLLINSNELSON GRP, LLC; ROLLINSNELSON LTC CORP.; TORRANCE CARE CENTER WEST, INC.; VICKI P. ROLLINS; WILLIAM A. NELSON; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 21-4179-GW-JDEx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>Action Filed: February 17, 2021<br><br>Date of Removal: May 19, 2021 |

The Court, having considered the parties' Stipulation To Continue Scheduling Conference and Related Deadlines, and good cause being shown therein, hereby ORDERS as follows:

1. Defendants' deadline to submit their responsive pleading shall be within twenty-one (21) days of the Court's order on Plaintiffs' Motion to Remand; and

2. The Rule 26(f) Scheduling Conference currently scheduled for July 1, 2021 is taken off-calendar.

**IT IS SO ORDERED.**

Dated: June 1, 2021            By: _____

Hon. George H. Wu
United States District Judge