JS-6

**KELLER, FISHBACK & JACKSON. LLP**
DANIEL L. KELLER SB# 191738
  Email: dkeller@kfjlegal.com
STEPHEN M. FISHBACK SB# 191646
  Email: sfishback@kfjlegal.com
DAN C. BOLTON SB# 104236
  Email: dbolton@kfjlegal.com
28720 Canwood Street, Suite 200
Agoura Hills, CA  91301
Telephone: 818.342.7442
Facsimile:  818.342.7616

Attorneys for Plaintiff  RUBY LASLEY, individually and as successor-in-interest to decedent JOHN LASLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBY LASLEY, individually and as successor-in-interest to decedent JOHN LASLEY, <br><br> Plaintiff, <br><br> vs. <br><br> ROLLINS-NELSON HEALTHCARE MANAGEMENT COMPANY, INC; ROLLINSNELSON GRP, LLC; ROLLINSNELSON LTC CORP; TORRANCE CARE CENTER WEST, INC; VICKI P. ROLLINS; WILLIAM A. NELSON; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. CV 21-4179 GW-JDEx <br><br> **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation to Dismiss, filed on June 17, 2021 by all parties, it is hereby ordered that Plaintiff's Complaint is dismissed in its entirely as to all Defendants without prejudice.  Each side to bear their own costs.

**IT IS SO ORDERED.**

Dated:  July 22, 2021

_George H. Wu_
_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE